UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Lauve, et al.
_____,

Plaintiff(s),

v.

Janice Winfrey, et al.
_____,

Defendant(s).
_____/

Case No. 17-12726

HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCUMENT (Dkt. 73 )

The Court has reviewed the following document: Defs. Mot. for Summ. J.
_____

(Dkt. 73 ). The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☑ Does not comply with the Case Management Order in this case for the following reasons:

Does not contain a "Statement of Material Facts" with

numbered paragraphs and citations to the record, as required by

Section II.C.2
.

☐ Other:_____

_____

_____.

Accordingly, the Court strikes the document. <u>Defendants</u> shall file an amended

document that complies with all requirements on or before <u>April 11, 2019</u>.

     SO ORDERED.


Dated: April 9, 2019
     Detroit, Michigan

        s/Mark A. Goldsmith
        _____
        MARK A. GOLDSMITH
        United States District Judge

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on <u>April 9, 2019</u>.

        s/Erica Karhoff for
        _____
        Karri Sandusky
        Case Manager